UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ING BANK, N.V., <br><br> Plaintiff, <br> v. <br><br> EXPRESS PACIFIC, LLC, <br><br> Defendant, <br> v. <br><br> KEY BANK - MERCER ISLAND BRANCH, <br><br> Garnishee. | Case No. MC17-0064RSL <br><br> ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application and Declaration for Writ of Garnishment" for property in which the defendant/judgment debtor, Express Pacific, LLC, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Key Bank - Mercer Island Branch. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on June 30, 2017, at Dkt. # 1-3.

Dated this 6th day of July, 2017.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT